IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 FEB 18  PM 2: 02

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MARLON MEZA-ROMERO,

      Defendant.

8:26CR15

INDICTMENT
8 U.S.C. §§ 1326(a) & (b)(1)

The Grand Jury charges that

## COUNT ONE
(Illegal Reentry of a Removed Alien After Having Been Convicted of a Felony)

On or about February 5, 2026, in the District of Nebraska, the defendant, MARLON MEZA-ROMERO, an alien, who previously had been excluded, deported, and removed from the United States to Honduras, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557), having expressly consented to defendant's reapplication for admission into the United States.

It is further alleged that the defendant, MARLON MEZA-ROMERO, was excluded, deported, and removed from the United States subsequent to May 7, 2020.

In violation of Title 8, United States Code, Section 1326(a), and subject to sentencing under Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

KIMBERLY C. BUNJER
Assistant U.S. Attorney